VICTOR DIMARCO, an Infant, etc., Respondent, v. TAYLOR & CRATE,

Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.